**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
***Counsel for FactorTrust, Inc.***

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT NEROES,<br><br>             Plaintiff,<br>v.<br>FACTORTRUST, INC.,<br><br>             Defendant. | Case No. 2:21-cv-00575-JCM-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT FACTORTRUST, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Roosevelt Neroes ("Plaintiff") and Defendant FactorTrust, Inc. ("FactorTrust"), by and through their respective counsel, file this Joint Motion Extending Defendant FactorTrust's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1.    On April 8, 2021, Plaintiff filed his Complaint. The current deadline for FactorTrust to answer or otherwise respond to Plaintiff's Complaint is July 7, 2021.

2.    On July 6, 2021, counsel for FactorTrust communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

3.    The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The

additional time will allow Plaintiff and FactorTrust time to fully explore such early settlement discussions. Moreover, FactorTrust's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4. Plaintiff has agreed to extend the deadline in which FactorTrust has to answer or otherwise respond to Plaintiff's Complaint up to and including August 6, 2021. This is the first motion for extension of time for FactorTrust to respond to Plaintiff's Complaint.

Dated this 7th day of July 2021.

**Quilling Selander Lownds Winslett & Moser, P.C.**

*/s/ Jennifer Bergh*

Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for FactorTrust, Inc.**

**Krieger Law Group, LLC**

*/s/ Shawn W. Miller*

David H. Krieger
dkrieger@kriegerlawgroup.com
Shawn W. Miller
smiller@kriegelawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
(702) 848-3855
**Counsel for Plaintiff**

### ORDER

The Joint Motion for Extension of Time for FactorTrust, Inc. to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 8th day of July, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

2

4884193.1